# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| SAMANTHA B., ) | |
| ) | |
| Plaintiff ) | Case No. 7:20-cv-00576 |
| ) | |
| v. ) | |
| ) | |
| KILOLO KIJAKAZI, ) | By: Michael F. Urbanski |
| Acting Comm'r of Social Security, ) | Chief United States District Judge |
| ) | |
| ) | |
| Defendant ) | |

## ORDER

This matter was referred to the Hon. Robert S. Ballou, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition. The magistrate judge filed a report and recommendation on February 22, 2022, recommending that defendant's motion for summary judgment be granted and the decision of the Commissioner be affirmed. No objection to the report and recommendation has been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety.

As such, it is hereby **ORDERED** that:

1. The report and recommendation (ECF No. 20) is **ADOPTED in its entirety**;
2. Plaintiff's motion for summary judgment (ECF No. 14) is **DENIED**;
3. Defendant's motion for summary judgment (ECF No. 18) is **GRANTED**;
4. This decision of the Commissioner is **AFFIRMED**; and

5. This matter is **DISMISSED** and **STRICKEN** from the active docket of the court.

Entered: 03-15-2022

*/s/ Michael F. Urbanski/*

Michael F. Urbanski
Chief United States District Judge